IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06CR74 |
| | ) | |
| RICKY EDWARD GRAVES | ) | **ORDER** |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's Motion to Modify
Conditions of Release (Document No. 52) filed August 16, 2006, under seal. The undersigned's
staff has been in communication with counsel for both the parties about both the merits of the
motion and its status as a sealed motion. Assistant U.S. Attorney Matthew Martens indicated
that the United States does not oppose the motion. Defense counsel Peter Anderson understands
the motion will be unsealed by this order.

**IT IS THEREFORE, ORDERED** that the Defendant's Motion to Modify Conditions of
Release (Document No. 52) is hereby ordered **UNSEALED** and **GRANTED**.

**IT IS FURTHER ORDERED** that the conditions of release of the Defendant, Ricky
Edward Graves, be modified and that the Defendant be allowed to travel to Florida, Georgia and
Virginia, as long as the Defendant makes these travel plans known in advance to his United
States Probation Officer.

Signed: August 21, 2006

David C. Keesler
United States Magistrate Judge