UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06-CR-74-2BR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | O R D E R |
| ) | |
| ) | |
| RICKY EDWARD GRAVES  ) | |

In light of the upcoming jury trial on 2 April 2007, any proposed *voir dire* questions and requests for jury instructions shall be filed on or before 27 March 2007. Requests using *Federal Jury Practice and Instructions* (O'Malley, Grenig & Lee) and *Horn's Federal Criminal Jury Instructions for the Fourth Circuit* shall include both the text of the proposed instruction as well as a citation reference to the proposed instruction. All other requests shall contain citations to supporting authorities. All requests for jury instructions shall also be emailed to documents_judge_britt@nced.uscourts.gov (preferably in wordperfect format). Before jury selection begins, all parties shall file a list of all witnesses each party, in good faith, reasonably anticipates will be called in its evidence-in-chief.

This 1 March 2007.

_____
W. Earl Britt
Senior U.S. District Judge