UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06-CR-74-2BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| RICKY EDWARD GRAVES | ) | |

On 16 March 2007, defendant filed a motion to compel discovery. Because this matter is set for trial on 2 April 2007, and in order for the court to promptly rule on this motion, the government shall file its response, if any, to the motion by 5:00 p.m. 21 March 2007.

This 20 March 2007.

_____
W. Earl Britt
Senior U.S. District Judge