# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
| V. | |
| RICKY EDWARD GRAVES | CASE NUMBER: 3:06cr74-2-Britt |

On April 11, 2007, the Defendant Ricky Edward Graves was found not guilty. IT IS therefore ORDERED that the Defendant is acquitted, discharged and any bond exonerated in the offense charged in:

Count 1 of the Superseding Bill of Indictment: as to the offense of conspiracy to defraud the United States; and
Count 2 of the Superseding Bill of Indictment: as to the offense of obstruction of the due administration of the Internal Revenue Code.

This 12 April 2007.

_____
W. Earl Britt
Senior U.S. District Judge