UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06-CR-74-2-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  O R D E R |
| | ) |
| | ) |
| RICKY EDWARD GRAVES | ) |

As the Court noted in its 13 April 2007 order, "[t]he Court is concerned that the testimony and evidence in the case may have shown that defendant engaged in conduct which would be in violation of the Rules of Professional Conduct of the North Carolina State Bar." The court reporter is DIRECTED to transcribe all of defendant's testimony at trial. The transcript shall be filed with the Clerk and a copy provided to the North Carolina State Bar. The Clerk is DIRECTED to serve a copy of this order on the North Carolina State Bar.

This 8 May 2007.

_____
W. Earl Britt
Senior U.S. District Judge